UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HEREDIA,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | No.  2:24-cv-00670-DAD-CKD<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS<br><br>(Doc. No. 20) |

       On November 21, 2024, following plaintiff's acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiff and against defendant in the amount of $245,000.00, plus reasonable attorneys' fees and costs.  (Doc. No. 15 at 1–2.)  At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion to allow the court to determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves.  (*Id.*)

       Subsequently, on February 4, 2025, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant would pay plaintiff's counsel $17,000 by no later than April 25, 2025.  (Doc. No. 20 at 2.)

/////

/////

1

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant shall pay plaintiff's counsel $17,000 in attorneys' fees and costs no later than April 25, 2025; and

2. Within ten (10) days of the payment being made as ordered, plaintiff shall file with the court dispositional documents.

IT IS SO ORDERED.

Dated:  **February 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE